UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Criminal No. 21-9268 |
| v. | : | |
| | : | ORDER to MODIFY BAIL |
| BRYANT MCCLAURIN | : | |

    THIS MATTER having come before the Court pursuant to an initial appearance conducted pursuant to Rule 5 of Rules of Federal Criminal Procedure, and Bryant McClaurin, (by John H. Yauch, Assistant Federal Public Defender) and the United States (by Sarah Sulkowski, Assistant U.S. Attorney), and U.S. Pretrial Services (by Luis Baez) having been heard, and for good cause shown,

IT IS on this     of June, 2022,

    **Hereby ordered** that the defendant is released pursuant to the same conditions previously imposed except that Home Detention is removed and Mr. McLaurin shall submit to Stand Alone Monitoring. There will be no residential curfew, home detention, or home incarceration restrictions. However, Mr. McLaurin shall comply with location or travel restrictions as imposed by Court. The Stand Alone Monitoring shall be used in conjunction with global positioning system(GPS) technology. Mr. McLaurin shall pay all or part of the cost of location monitoring based on his ability to pay as determined by the Pretrial Services or supervising officer;

    **Further ordered** that all other conditions of bail remain intact.

                                                     s/Cathy L. Waldor 6/6/22
                                                   HONORABLE CATHY L. WALDOR
                                                   UNITED STATES MAGISTRATE JUDGE